UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN FLAHERTY, ROBERT FLAHERTY and DANIEL FLAHERTY<br><br>*Plaintiffs,*<br>v.<br><br>AMIGOS DEL MAR LTD. d/b/a AMIGOS DEL MAR DIVE SHOP, Amigos Del Mar Ltd. as owners of the vessel M/V PAPA CHANGA, JOHN ROMERO, MAVERICK AVARELLO, and ALBINO "CHANGA" PAZ.<br><br>*Defendants.* | CIVIL ACTION NO. 1:20-CV-11485 |

**JUDGMENT**

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of:

1. The Plaintiff, Susan Flaherty, and against the Defendant, Amigos Del Mar Ltd. d/b/a Amigos Del Mar Shop, in the amount of $6,238,322.72, plus prejudgment interest from May 21, 2019, in the amount of 12% on past damages of $777,115.00, through the date of the entry of this judgment, and post-judgment interest from the date of the entry of this judgment both calculated pursuant to 28 U.S.C. § 1961(a), along with costs. Specifically, the Court has awarded the Plaintiff, Susan Flaherty, damages as follows:

   a. $755,817.11 for past medical expenses,

   b. $113, 187.61 for future medical expenses,

   c. $3,779,085.00 for past pain and suffering,

   d. $565,935.00 for future pain and suffering,

   e. $24,298.00 for past loss of income,

   g. $1,000,000.00 for disfigurement and scarring/ loss of enjoyment of life

2. The Plaintiff, Robert Flaherty, and against the Defendant, Amigos Del Mar Ltd. d/b/a Amigos Del Mar Shop, in the amount of $1,000,000.00, and post-judgment interest from the date of the entry of this judgment both calculated pursuant to 28 U.S.C. § 1961(a), along with costs.

3. The Plaintiff, Daniel Flaherty, and against the Defendant, Amigos Del Mar Ltd. d/b/a Amigos Del Mar Shop, in the amount of $250,000.00, through the date of the entry of this judgment, and post-judgment interest from the date of the entry of this judgment both calculated pursuant to 28 U.S.C. § 1961(a), along with costs.

This action was decided by Judge Saris on a motion for assessment of damages after an evidentiary hearing without opposition and with notice.

By the Court,

Robert M. Farrell
Clerk of Court

November 17, 2021

/s/ Clarilde Karasek
Deputy Clerk