UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN FLAHERTY, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 20-11485-PBS |
| AMIGOS DEL MAR DIVE SHOP, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER OF DISMISSAL**

SARIS, D.J.

In accordance with the Court's Memorandum and Order dated July 30, 2025, denying defendant's motion to vacate judgment (Docket No. 40), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/ s / Clarilde-Karasek
Deputy Clerk

DATED: July 30, 2025